UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 27 2012

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Larry Hodge )<br>900 Brentwood Road, N.E )<br>Washington, D.C. 20090 )<br>(202)365-9069, )<br>  )<br>  )<br>   Plaintiff, )<br>  )<br>  )<br> - against - )<br>  )<br>  )<br>  )<br>The Invisible Empire, The Ku )<br>Klux Klan, Knights of The Ku )<br>Klux Klan, Alabama Klavern, )<br>a corporation, and its agents, )<br>servants, employees and assigns: ¶ 1 )<br>  )<br>The Invisible Empire, The Ku )<br>Klux Klan, Knights of The Ku )<br>Klux Klan, Arizona Klavern, )<br>a corporation, and its agents, )<br>servants, employees and assigns; ¶ 2 )<br>  )<br>The Invisible Empire, The Ku )<br>Klux Klan, Knights of The Ku )<br>Klux Klan, Arkansas Klavern, )<br>a corporation, and its agents, )<br>servants, employees and assigns; ¶ 3 )<br>  ) | CIVIL ACTION NO.:<br><br>Antitrust: 15 U S C 15<br><br><br>**COMPLAINT**<br><br><br>Case: 1:12-cv-01412<br>Assigned To : Wilkins, Robert L.<br>Assign. Date : 8/27/2012<br>Description: Antitrust |

(Continued)

Page 1

| | | |
|---|---|---|
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, California Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 4 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Georgia Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 5 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Illinois Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 6 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Indiana Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 7 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Kansas Klavern, a a corporation, and its agents, servants, employees and assigns; ¶ 8 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Kentucky Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 9 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Louisiana Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 10 | ) ) ) ) ) | |

(Continued)

| | | |
|---|---|---|
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Maryland Klavern, a corporation, and its agents, servants, employees and assigns, | ¶ 11 | ) ) ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Michigan Klavern, a corporation, and its agents, servants, employees and assigns; | ¶ 12 | ) ) ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Mississippi Klavern, a corporation, and its agents, servants, employees and assigns; | ¶ 13 | ) ) ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Missouri Klavern, a corporation, and its agents, servants, employees and assigns; | ¶ 14 | ) ) ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Nevada Klavern, a corporation, and its agents, servants, employees and assigns; | ¶ 15 | ) ) ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, New Mexico Klavern, a corporation, and its agents, servants, employees and assigns; | ¶ 16 | ) ) ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, New York Klavern, a corporation, and its agents, servants, employees and assigns; | ¶ 17 | ) ) ) ) ) ) |

(Continued)

| | | |
|---|---|---|
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, North Carolina Klavern, a corporation, and its agents, servants, employees and assigns,  ¶ 18 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Ohio Klavern, a corporation, and its agents, servants, employees and assigns;  ¶ 19 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Oklahoma Klavern, a corporation, and its agents, servants, employees and assigns;  ¶ 20 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Pennsylvania Klavern, a corporation, and its agents, servants, employees and assigns;  ¶ 21 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Tennessee Klavern, a corporation, and its agents, servants, employees and assigns;  ¶ 22 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Texas Klavern, a corporation, and its agents, servants, employees and assigns;  ¶ 23 | ) ) ) ) ) ) | |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Virginia Klavern, a corporation, and its agents, servants, employees and assigns;  ¶ 24 | ) ) ) ) ) | |

| | |
|---|---|
| The Invisible Empire, The Ku | ) |
| Klux Klan, Knights of The Ku | ) |
| Klux Klan, Washington, D.C. | ) |
| Klavern, a corporation, and its | ) |
| agents, servants, employees | ) |
| and assigns;           ¶ 25 | ) |
| | ) |
| Lexis-Nexis Medical of Ohio, a | ) |
| corporation and its agents, ser- | ) |
| vants, employees and assigns,    ¶ 26 | ) |
| | ) |
| Asplundh ( formerly called | ) |
| Asplundhi)(The Tree Experts), | ) |
| a corporation, and its agents, | ) |
| servants, employees and assigns;   ¶ 27 | ) |
| | ) |
| Alabama Power Company, a | ) |
| corporation, and its agents, | ) |
| servants, employees and assigns;   ¶ 28 | ) |
| | ) |
| Southeastern Car and Truck | ) |
| Rental (Avis-Montgomery), a | ) |
| corporation, and its agents, | ) |
| servants, employees and assigns;   ¶ 29 | ) |
| | ) |
| Peoples Bank-Selma, Selma, | ) |
| Alabama, a corporation, and its | ) |
| agents, servants, employees | ) |
| and assigns;           ¶ 30 | ) |
| | ) |
| Indian Head Navy Federal | ) |
| Credit Union, a corporation, | ) |
| and its agents, servants, | ) |
| employees and assigns,     ¶ 31 | ) |
| | ) |
| U S Census Bureau ( have | ) |
| never correctly and accurately | ) |
| counted the people in the MLC | ) |
| catchment area.. Alabama...) ;    ¶ 32 | ) |

(Continued)

| | |
|---|---|
| Department of Defense, for allowing the Ku Klux Klan to control the VA and the recruitment of soldiers and veterans, inter alia ¶ 33 | ) ) ) ) ) |
| Health Resources and Services Administration (HRSA), for allowing the Ku Klux Klan to control Alabama requests . ¶ 34 | ) ) ) ) ) |
| Pfizer (formerly known as Upjohn and Pharmacia ..), a corporation, and its agents, servants, employees and assigns; ¶ 35 | ) ) ) ) ) |
| Vanderbilt University Pathology Department, a corporation, and its agents, servants, employees and assigns, ¶ 36 | ) ) ) ) ) |
| TruWest Federal Credit Union of Tempe, AZ ¶ 37 | ) ) ) |
| Netspend Corporation ( AceEliteCard.com ) P.O. Box 1868, Austin, TX 78767;  ¶ 38 | ) ) ) ) |
| Motel6, Tempe, Az,  Yuma, AZ, a corporation, and its agents, servants, employees and assigns; ¶ 39 | ) ) ) ) |
| Greyhound Bus Lines, a corporation, and its agents, servants, employees and assigns, ¶ 40 | ) ) ) ) |
| The Invisible Empire, The Ku Klux Klan, Knights of The Ku Klux Klan, Florida Klavern, a corporation, and its agents, servants, employees and assigns; ¶ 41 | ) ) ) ) ) |

(Continued)

```
Studio6-Tempe # 6031            )
4909 S  Wendler Drive           )
Tempe, AZ  85282      ¶ 42      )
                                )
                                )
Hewlett-Packard Company         )
Palo, Alto, CA  94304    ¶ 43   )
                                )
PNC Bank (Formerly National     )
City Bank of Kalamazoo, MI )  ¶ 44 )
                                )
                                )
          Defendants            )
                                )
```

## COMPLAINT

Plaintiff, alleges, and in support of its concurrent causes of action will show:

I. Introduction
   A. 15 U.S.C. 15, injury to business and injury to property..( injury to person of Plaintiff..) ..
   B. Means...artifice...conspiracy, design covin, through 15 U.S.C. 1, 15 U.S.C. 2,
      18 U.S.C. 1341, 18 U.S.C. 1343, 18 U.S.C. 1346 ( honest services ), 18 U.S.C 2,
      18 U.S.C. 371, numerous R I C O violations...

II. Preliminary Statement
    A  Jurisdiction And Venue

III. Parties
    A. Involuntary Plaintiffs
    B  Defendants

IV. The Evidence At Issue
    A. Death Certificates Of Witnesses
    B. Plaintiff's 18 U S.C. 3500 ( Jencks Act- produce statements and reports of witnesses .),
       request to the Department of Justice, because Lexis ( ¶ 26 ), stopped plaintiff's password
       in a 15 U S.C. 18 artifice ( acquisition of one corporations assets of another...), to
       prevent plaintiff from providing 15 U.S C. 16 ( judgments ..), to verify plaintiff's
       allegations against numerous defendants ..

Page 7

V.   Evidence Of Prior Litigation

VI.  Motions In Limine
     A. Fed. R. Evid  615, inter alia..

VII. 15 U.S.C. 26 Injunctive Relief For Private Parties...

VIII. Superceding COMPLAINT And Information
     A. Antitrust Plaintiff's Are Authorized To Provide Information For Indictments .

IX.  Relief..

(202) 365-9069

LARRY Hodge
900 Brentwood Road, NE
Washington, D.C. 20090

### CERTIFICATE OF SERVICE

I hereby certify that I have provided a Request To Issue Separate Summons directed to each of the defendants to CLERK, this _____ day of _____, 2012.

_____
Larry Hodge
Plaintiff
Attorney Pro Se