UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Larry Hodge, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 12 - 1412 ( RLW ) |
| ) | |
| ) | Antitrust: 15 U.S.C. 15 |
| - against - ) | |
| ) | |
| ) | |
| Ku Klux Klan , et al., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

I. PRELIMINARY STATEMENT

1. Plaintiff seeks to recover money damages from the Defendant, Ku Klux Klan, and unnamed co-conspirators...for Antitrust injuries to business and Antitrust injuries to property... The sustained action means, by injury to the person of Plaintiff...

II. JURISDICTION

2. Jurisdiction of this Court is based on Antitrust violations, 15 U.S.C 15, 15 U.S.C 1, 15 U.S.C 2, and violations-same, by co-conspirators, that support and effect the plan to stop Plaintiff...while Military clerk ( ARMY ), and 8404 Navy Corpsman...



RECEIVED
Mail Room

DEC - 3 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

### III. THE NATURE OF THIS ACTION

3. This conspiracy plan is continuando and not insular...beginning as jus in re from 1865 to 1892, and in 1921 when CHURCH and house was burned down...and continues with co-conspirators on the payroll of the Department of Defense, medicaid-employees, and medicine from medicaid and ...

4. Plaintiff is informed and believes and thereon allege that the fictitiously-named Defendant's sued herein as co-conspirators 1 through 100, inclusive, and each of them, are in same manner responsible for the occurrences, acts and omissions alleged herein and that Plaintiff's damages were proximately caused by their conduct. The true names and capacities of such fictitiously-named co-conspirators, whether individual, corporate, partnership, associate or otherwise, are presently unknown to Plaintiff, and Plaintiff will seek leave of Court to amend and supercede this complaint to assert the true names and capacities of such co-conspirators names when the same have been ascertained.

### IV. STATEMENT OF CLAIM

5. As a result of the Antitrust violations and plans to continue the injuries to Plaintiff's business and Plaintiff's property without interruption, Plaintiff was and is prevented from transacting his business, and has suffered great losses to business and property...

WHEREFORE, Plaintiff demands judgment against the Defendants for compensatory, and exemplary or punitive damages in the sum of One Hundred Million Dollars, plus costs...

Larry Hodge

_____
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify, that a true and correct copy of COMPLAINT, was provided to Court, on this the 30th day of November, 2012.

_____
Larry Hodge
P.O. Box 43952
Tucson, AZ 85733-3952
(202)365-9069